Clerk,

The LA. Supreme Court did a corrupt ruling on me. I need to appeal to Federal Appeals Court. My Hometown is in Tallulah which is Madison Parish and where I was Falsely arrested to keep me from Running For Sheriff. Can you send me the address on Who I would write my Appeal to in Federal Court. I've also enclosed a letter to U.S. Marshal's at your Courthouse. Please show them the Enclosed Letter! Thank you!

Sincerely,
John Cartwright 721093
LSP
17544 Tunica Trace
Angola, LA. 70712

RECEIVED
AUG 26 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

U.S. Marshal's,

My mail is illegally being blocked from writing a friend in the U.S. Justice Dept. in Washington D.C. Everytime I try and write my letter will come back the next day from Baton Rouge and Angola's fake Mailroom will hold my letter a month and then give me the letter back torn open. All Legal Mail is supposed to be opened in my Prescence. If I write anyone about Corruption at Angola my letter will be thrown away. The Black Classifications woman here has me completely blocked from sending out any Certified Mail. I wrote Dept. of Secretary of Corrections and Governor's Office to get me moved from Angola. I got nothing back. It is doubtful they got my letters. I was falsely arrested to prevent me from running for Sheriff. I was tricked out of my Lawyer McGown of Tavioday by a black racist Attorney named Kevin Johnson who told me I no longer had a Lawyer. He lied. He refused to Subpoena my witnesses and would not let me testify and would not get me a Change of Venue and tried to get me a all black jury of 6 blacks who sell their votes every election. He would not bring up where "The Madison Journal" wrote a article about my being a Hero where I was seriously injured in a Police wreck while on Patrol by a Drunken Driver who hit my Police Car at a high rate of speed but instead compared me with the town Drunk on The Andy Griffin show and I do not even drink alcohol. I have been put thru Hell Ever since I exposed where Romander Minor of New Orleans was using a Cell Phone assigned to him by Sheriff Cot to call his second-in Command on the running of a New Orleans Heroin Ring. This Ring was being run out of the Madison Parish Detention Center. I was

sent to Angola as it is too far for people from Tallula to visit me. They are illegally blocking a lot of my mail. What they are doing is illegal. Angola is the only place I've been that is doing this. They tried to force me in A Dorm when I first came here. A number of people I arrested as A former Tallulah Police officer and as a deputy Marshal with Lake Providence's town Marshal's office are at Angola. I should not be here. Can you get me sent to the Ouachita Detention Center in Monroe. I would be safe there. There would not be any Politic's against me there. People from Tallulah would be able to visit me there and I would be able to get a Lawyer there. Angola has interfered with my mail to prevent me from replacing corrupt Lawyer Kevin Johnson. I am in fear here and have been told I will be put in A Dorm. I was attacked by A black at Waterproof after A Guard told prisoners I had run for Sheriff before. I was purposely put in A cell with prisoners at Cottonport who tried to rape me but I fought back. I would have ended up like Epstein if A woman at Cottonport had not tried to get me moved to Monroe. When Warden found out he made sure I ended up at Angola. I almost became A deputy U.S. Marshal years ago. I went back to college to finish my degree. I then found out you cannot be over I believe 33 years old so I was not able to take test. I had bought a book on how to pass the US Marshal test and read it alot. I was told A person can have 3 years police experience and take the test. If I had known that I would have taken test before I passed the age limit. If you can get me moved please do so. If not, I do expect to be murdered here. Sincerely, John Cartwright 7/1/92

sent to Angola as it is too far for people from Tallulah to visit me. They are illegally blocking a lot of my mail. What they are doing is illegal. Angola is the only place I've been that is doing this. They tried to force me in a dorm when I first came here. A number of people I arrested as a former Tallulah Police officer and as a deputy marshal with Lake Providence's town Marshal's office are at Angola. I should not be here. Can you get me sent to the Ouachita Detention Center in Monroe. I would be safe there. There would not be any politics against me there. People from Tallulah would be able to visit me there and I would be able to get a lawyer there. Angola has interfered with my mail to prevent me from replacing corrupt lawyer Kevin Johnson. I am in fear here and have been told I will be put in a dorm. I was attacked by a black at Waterproof after a guard told prisoners I had run for sheriff before. I was purposely put in a cell with prisoners at Cottonport who tried to rape me but I fought back. I would have ended up like Epstein if a woman at Cottonport had not tried to get me moved to Monroe. When warden found out he made sure I ended up at Angola. I almost became a deputy U.S. Marshal years ago. I went back to college to finish my degree. I then found out you cannot be over I believe 33 years old so I was not able to take test. I had bought a book on how to pass the US Marshal test and read it a lot. I was told a person can have 3 years police experience and take the test. If I had known that I would have taken test before I passed the age limit. If you can get me moved please do so. If not, I do expect to be murdered here. Sincerely, John Cartwright

Clerk,

The LA. Supreme Court did A corrupt ruling on me. I need to appeal to Federal Appeals Court. My Hometown is in Tallulah which is Madison Parish and where I was Falsely arrested to keep me from Running For Sheriff. Can you send me the address on who I would write my Appeal to in Federal Court. I've also enclosed a Letter to U.S. Marshal's at your Courthouse. Please show them the Enclosed Letter! Thank you!

Sincerely,
John Cartwright 721093
LSP
17544 Tunica Trace
Angola, LA. 70712

John Cartwright 721093
LSP
17544 Tunica Trace
Angola, LA. 70712

BATON ROUGE LA 707
25 AUG 2020 PM 1 L

U.S. MARSHAL
OK
SCREENED

Clerk OF Court
777 Florida Street
Baton Rouge, LA.
70801

Legal Mail

70801-178669