UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN CARTWRIGHT (#721093)

VERSUS

DARRELL VANNOY

CIVIL ACTION

20-567-SDD-RLB

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 11, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the defendant's *Motion to Dismiss*[3] is GRANTED, and this action is DISMISSED, WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 28 day of September, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 36.
[2] Rec. Doc. 38.
[3] Rec. Doc. 36,